IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | Case No. 3:18 MJ 206 |
| vs. | : | |
| **ANDREW EVANS,** | : | **ORDER** |
| Defendant. | : | |

The United States has filed a motion to dismiss the Complaint (R. 1) without prejudice. For good cause shown, the Court hereby orders that the Complaint be dismissed without prejudice.

____6/12/18____
Date

____[signature]____
Honorable Michael J. Newman
United States Magistrate Judge